IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

6:03-CV-751-Orl-22JGG

JOE GLOVER, FAMILY POLICY
NETWORK, and AIRSIGN, LLC,

Plaintiffs,

v.

FEDERAL AVIATION
ADMINISTRATION, UNITED
STATES DEPARTMENT OF
TRANSPORTATION, and
TRANSPORTATION SECURITY
ADMINISTRATION,

Defendants.



## PLAINTIFFS' MOTION FOR ADMISSION PRO HAC VICE OF STEPHEN M. CRAMPTON

Stephen M. Crampton, Esq., pursuant to Fed. R. Civ. P. 7 and L.R. 2.02, moves for admission to participate in the conduct of the trial of this action and related pre-trial and post-trial proceedings as a visiting lawyer on behalf of all Plaintiffs. As grounds, Mr. Crampton shows:

1. He is Chief Counsel for the American Family Association Center for Law & Policy. His office address is P.O. Drawer 2440/ 100 Parkgate Dr., Tupelo, Mississippi 38803. His telephone number is (662) 680-3886.

2. Mr. Crampton is a member of the bar of the following courts:

   a. the Supreme Court of New Mexico;

   b. the Supreme Court of Tennessee;

c.  the Supreme Court of Texas;

d.  the Supreme Court of Mississippi;

e.  the United States District Court for the District of New Mexico;

f.  the United States District Court for the Western District of Texas;

g.  the United States District Court for the Eastern District of Tennessee;

h.  the United States District Court for the Middle District of Tennessee;

i.  the United States District Court for the Southern District of Mississippi;

j.  the United States District Court for the Northern District of Mississippi;

k.  the United States Court of Appeals for the First Circuit;

l.  the United States Court of Appeals for the Second Circuit

m.  the United States Court of Appeals for the Third Circuit;

n.  the United States Court of Appeals for the Fourth Circuit;

o.  the United States Court of Appeals for the Fifth Circuit;

p.  the United States Court of Appeals for the Sixth Circuit;

q.  the United States Court of Appeals for the Seventh Circuit;

r.  the United States Court of Appeals for the Eighth Circuit;

s.  the United States Court of Appeals for the Ninth Circuit;

t.  the United States Court of Appeals for the Tenth Circuit;

u.  the United States Court of Appeals for the Eleventh Circuit;

v.  the United States Court of Appeals for the District of Columbia;

and

w.  the United States Supreme Court.

3.  Neither Mr. Crampton nor any member of the American Family Association Center for Law & Policy has been denied admission or disciplined in accordance the Local Rules of this Court. Neither has Mr. Crampton nor any member of his firm been denied admission or disciplined by any other court.

4.  Mr. Crampton will familiarize himself with and comply with the standards of professional conduct required of members of the Florida State Bar and the local rules of this Court.

Respectfully submitted,

_____
STEPHEN M. CRAMPTON
MS Bar #9952
(Subject to admission pro hac vice)
Brian Fahling, WA Bar #18894
(Subject to Admission pro hac vice)
AMERICAN FAMILY ASSOCIATION
CENTER FOR LAW & POLICY
P.O. Drawer 2440/100 Parkgate Drive
Tupelo, MS 38803
(662) 680-3886

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via facsimile to the following counsel for Defendants:

Roberto Rodriguez, Esq.
Assistant United States Attorney
Middle District of Florida
80 N. Hughey Avenue
Orlando, FL 32801
(407) 648-7500
Fax: (407) 648-07643

and via e-mail to the following counsel:

Brian Kennedy, Esq.
Assistant United States Attorney General
U.S. Department of Justice

Washington, D.C.
brian.kennedy@usdoj.gov

on this the 3rd day of June, 2003.

_____
Stephen M. Crampton