IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOE GLOVER, FAMILY POLICY NETWORK, and AIRSIGN, LLC, | 6:03-cv-751-Orl-22JGG |
| Plaintiffs, | |
| v. | |
| FEDERAL AVIATION ADMINISTRATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, and TRANSPORTATION SECURITY ADMINISTRATION, | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR ADMISSION PRO HAC VICE OF BRIAN FAHLING

Brian Fahling, Esq., pursuant to Fed. R. Civ. P. 7 and L.R. 2.02, moves for admission to participate in the conduct of the trial of this action and related pre-trial and post-trial proceedings as a visiting lawyer on behalf of all Plaintiffs. As grounds, Mr. Fahling shows:

1. He is Senior Trial Attorney for the American Family Association Center for Law & Policy. His office address is P.O. Drawer 2440/ 100 Parkgate Dr., Tupelo, Mississippi 38803. His telephone number is (662) 680-3886.

2. Mr. Fahling is a member of the bar of the following courts:

   a. the Supreme Court of Washington;

   b. the United States District Court for the Western District of

Washington;

    c.    the United States District Court for the District of Colorado;

    d.    the United States Court of Appeals for the Second Circuit;

    e.    the United States Court of Appeals for the Third Circuit;

    f.    the United States Court of Appeals for the Fourth Circuit;

    g.    the United States Court of Appeals for the Fifth Circuit;

    h.    the United States Court of Appeals for the Seventh Circuit;

    i.    the United States Court of Appeals for the Ninth Circuit;

    j.    the United States Court of Appeals for the Tenth Circuit;

    k.    the United States Court of Appeals for the Eleventh Circuit.

    l.    the United States Court of Appeals for the District of Columbia Circuit; and

    m.    the United States Supreme Court.

3.    Neither Mr. Fahling nor any member of the American Family Association Center for Law & Policy has been denied admission or disciplined in accordance with the Local Rules of this Court. Neither has Mr. Fahling nor any member of his firm been denied admission or disciplined by any other court.

4.    Mr. Fahling will familiarize himself with and comply with the standards of professional conduct required of members of the Florida State Bar and the local rules of this Court.

Respectfully submitted,

_____
Brian Fahling, WA Bar #18894
(Subject to Admission pro hac vice)
Stephen M. Crampton, Trial Counsel
MS Bar #9952
(Subject to admission pro hac vice)
AMERICAN FAMILY ASSOCIATION
CENTER FOR LAW & POLICY
P.O. Drawer 2440/100 Parkgate Drive
Tupelo, MS 38803
(662) 680-3886

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via facsimile to the following counsel for Defendants:

Roberto Rodriguez, Esq.
Assistant United States Attorney
Middle District of Florida
80 N. Hughey Avenue
Orlando, FL 32801
(407) 648-7500
Fax: (407) 648-07643

and via e-mail to the following counsel:

Brian Kennedy, Esq.
Assistant United States Attorney General
U.S. Department of Justice

Washington, D.C.
brian.kennedy@usdoj.gov

on this the 3rd day of June, 2003.

Stephen M. Crampton