IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOE GLOVER, FAMILY POLICY NETWORK, and AIRSIGN, LLC, | : |
| Plaintiffs, | : |
| v. | : |
| FEDERAL AVIATION ADMINISTRATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, and TRANSPORTATION SECURITY ADMINISTRATION, | : |
| Defendants. | : |

## DECLARATION OF STEPHEN M. CRAMPTON IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

Stephen M. Crampton, having been duly sworn, states upon oath:

1. I am Chief Counsel for the American Family Association Center for Law & Policy, which represents Plaintiffs in this matter.

2. We were not retained in this case until the morning of Friday, May 30, 2003. We spent the afternoon researching and investigating the claims herein. Due to prior out of town commitments, neither Brian Fahling, my co-counsel, nor I was able to work on the case over the weekend.

3. On the afternoon of Monday, June 2, 2003, I placed a telephone call to Defendants' counsel at the U.S. Attorney's office in Orlando. After explaining to the receptionist the nature of the case and my need to speak with an attorney, I was transferred to the voice mail of an attorney, Karen Guebel (sp?). I left a detailed message explaining the case, our desire to

move for a temporary restraining order, and asking her to call.

4. On Tuesday morning, June 3, 2003, I received a telephone call from Assistant U.S. Attorney Roberto Rodriguez. I informed Mr. Rodriguez of the nature of our case and the urgency of our need for a TRO. Mr. Rodgriguez provided me his facsimile number for purposes of receiving copies of our pleadings.

5. On the same day, I also received a call from Brian Kennedy, Esq., an attorney with the U.S. Department of Justice. Mr. Kennedy conferenced in Paul Smith, Esq., an attorney with the Office of General Counsel for the U.S. Department of Transportation. I again explained the nature of the case and a brief summary of the facts, and informed them of our intention to move for a TRO. Mr. Kennedy provided me his e-mail address for purposes of receiving copies of our pleadings.

6. Immediately upon completion of our pleadings, I oversaw service of the moving papers on opposing counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of June, 2003.

Stephen M. Crampton

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via facsimile to the following counsel for Defendants:

Roberto Rodriguez, Esq.
Assistant United States Attorney
Middle District of Florida
80 N. Hughey Avenue
Orlando, FL 32801
(407) 648-7500
Fax: (407) 648-07643

and via e-mail to the following counsel:

Brian Kennedy, Esq.
Assistant United States Attorney General
U.S. Department of Justice

Washington, D.C.
brian.kennedy@usdoj.gov

on this the 3cd day of June, 2003.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Stephen M. Crampton