
JOE GLOVER, FAMILY POLICY NETWORK,
and AIRSIGN, LLC,

                    Plaintiffs,

-vs-                                       Case No. 6:03-cv-751-Orl-22JGG

FEDERAL AVIATION ADMINISTRATION, UNITED
STATES DEPARTMENT OF TRANSPORTATION, and
TRANSPORTATION SECURITY ADMINISTRATION,

                    Defendants.

| | | | |
|---|---|---|---|
| JUDGE: | Anne C. Conway<br>U.S. District Judge | DATE: | June 5, 2003<br>2:00pm–3:04pm |
| DEPUTY CLERK: | Sally Coffey | COURT REPORTER: | Diane Peede |
| COUNSEL FOR PLTF.(S): | Stephen M. Crampton<br>Brian Fahling<br>Erik W. Stanley | COUNSEL FOR DEFT.(S): | Brian Kennedy<br>Roberto Rodriguez |

## MINUTES — HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff's oral argument in support of Motion for Temporary Restraining Order.
Defendant's response.
Plaintiff's rebuttal remarks and response to Court's inquiry.
Court ----Motion for T.R.O. is denied – Written order forthcoming.