UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



JOE GLOVER, FAMILY POLICY
NETWORK, and AIRSIGN, LLC,

Plaintiff,

v.  Case No. 6:03-cv-751-Orl-22JGG

FEDERAL AVIATION ADMINISTRATION OF
THE UNITED STATES DEPARTMENT OF
TRANSPORTATION, and TRANSPORTATION
SECURITY ADMINISTRATION,

Defendants.

## RELATED CASE ORDER AND TRACK TWO NOTICE

It is hereby **ORDERED** that, no later than **eleven** days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(c), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS. It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track Two** case. All parties must comply with the requirements established in Local Rule 3.05 for Track Two cases. Counsel and any unrepresented party shall meet within sixty days after service of the complaint upon any defendant for the purpose of preparing and filing a Case Management Report. The parties shall utilize the Case Management Report form located at the Court's website **www.flmd.uscourts.gov** under the assigned Judge Anne C. Conway, United States District Judge. Unless otherwise ordered by the Court, a party may not seek discovery from any source before the

meeting. Fed. R. Civ. P. 26 (d); Local Rule 3.05(c)(2)(B). *Plaintiff is responsible for serving a copy of this notice and order with attachments upon each party no later than eleven days after appearance of the party.*

June 20, 2003

| | |
|---|---|
| ___PATRICIA C. FAWSETT___<br>Patricia C. Fawsett [19]<br>Chief United States District Judge | ___ANNE C. CONWAY___<br>Anne C. Conway [22]<br>United States District Judge |
| ___JOHN ANTOON II___<br>John Antoon II [28]<br>United States District Judge | ___GREGORY A. PRESNELL___<br>Gregory A. Presnell [31]<br>United States District Judge |
| ___GEORGE C. YOUNG___<br>George C. Young [06]<br>Senior United States District Judge | ___G. KENDALL SHARP___<br>G. Kendall Sharp [18]<br>Senior United States District Judge |
| ___DAVID A. BAKER___<br>David A. Baker [DAB]<br>United States Magistrate Judge | ___JAMES G. GLAZEBROOK___<br>James G. Glazebrook [JGG]<br>United States Magistrate Judge |
| ___KARLA R. SPAULDING___<br>Karla R. Spaulding [KRS]<br>United States Magistrate Judge | |

Attachments: Notice of Pendency of Other Actions [mandatory form]
Magistrate Judge Consent / Letter to Counsel
Magistrate Judge Consent Form / Entire Case
Magistrate Judge Consent / Specified Motions

Web Form: www.flmd.uscourts.gov [mandatory form]   (Case Management Report form)

Copies to: All Counsel of Record
All *Pro Se* Parties