# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOE GLOVER, FAMILY POLICY NETWORK, and AIRSIGN, LLC, | 6:03-CV-751-Orl-22JGG |
| Plaintiffs, | |
| v. | |
| FEDERAL AVIATION ADMINISTRATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, and TRANSPORTATION SECURITY ADMINISTRATION, | |
| Defendants. | |

## NOTICE OF RULE 41(a) VOLUNTARY DISMISSAL

Plaintiffs, by and through counsel, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismiss the above-entitled action.

Respectfully submitted,

Stephen M. Crampton, Trial Counsel
MS Bar No. 9952
(Pending Admission Pro Hac Vice)
Brian Fahling, WA Bar No. 18894
(Pending admission Pro Hac Vice)
AMERICAN FAMILY ASSOCIATION
CENTER FOR LAW & POLICY
P.O. Drawer 2440/100 Parkgate
Tupelo, MS 38803
(662) 680-3886

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via first class mail, postage prepaid, to the following counsel for Defendants:

Roberto Rodriguez, Esq.
Assistant United States Attorney
Middle District of Florida
80 N. Hughey Avenue
Orlando, FL 32801

Brian Kennedy, Esq.
Assistant United States Attorney General
U.S. Department of Justice
Civil Division, Federal Programs Division
20 Massachusetts Ave N.W.
Washington, D.C. 2001

This the 8th day of July, 2003.

_____
Stephen M. Crampton