**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOE GLOVER, FAMILY POLICY
NETWORK, and AIRSIGN, LLC,

Plaintiffs,

-vs-                                        Case No. 6:03-cv-751-Orl-22JGG

FEDERAL AVIATION
ADMINISTRATION, UNITED STATES
DEPARTMENT OF TRANSPORTATION,
and TRANSPORTATION SECURITY
ADMINISTRATION,

Defendants.

## ORDER

In light of the Plaintiff's Notice of Rule 41(a) Voluntary Dismissal (Doc. No. 16, filed July 9, 2003), it is **ORDERED** that this action is **DISMISSED**, without prejudice to the right of any party to reopen the action within 60 days, upon good cause shown, or to submit a stipulated form of final judgment. Any pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 14th day of July, 2003.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Any Unrepresented Party
Administrative Law Clerk
Courtroom Deputy

FILE COPY

Date Printed: 07/14/2003

Notice sent to:

    Stephen M. Crampton, Esq.
American Family Association Law Center
107 Parkgate Dr.
P.O. Box 2440
Tupelo, MS  38801

    6:03-cv-00751    maa

    Brian Fahling, Esq.
American Family Association Law Center
P.O. Drawer 2440
107 Parkgate
Tupelo, MS  38803

    6:03-cv-00751    maa

    Mathew D. Staver, Esq.
Liberty Counsel
210 E. Palmetto Ave.
Longwood, FL  32750

    6:03-cv-00751    maa

    Erik W. Stanley, Esq.
Liberty Counsel
210 E. Palmetto Ave.
Longwood, FL  32750

    6:03-cv-00751    maa